JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PARAMO, | ) Case No. CV 09-3995 CJC(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| MATTHEW M. MARTEL, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 3, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE